**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA QUINTERO,<br><br>               Plaintiffs,<br>   vs.<br>UNITED STATES OF AMERICA,<br><br>               Defendant.<br>_____ / | CASE NO. CV F 09-1332 LJO DLB<br><br>**ORDER TO RELATE ACTIONS AND TO ASSIGN NEW DISTRICT JUDGE AND MAGISTRATE JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 83-123 to the action entitled *Estaban Quintero v. United States of America,* Case No. CV F 08-1890 OWW SMS. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 83-123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to United States District Judge Oliver W. Wanger and United States Magistrate Judge Sandra M. Snyder with a new **CASE NO. CV F 09-1332 OWW SMS**. All documents shall bear the new **CASE NO. CV F 09-1332 OWW SMS** and the reassignment to United States District Judge Oliver W. Wanger and United States Magistrate Judge Sandra M Snyder.

IT IS SO ORDERED.

**Dated:     October 13, 2009**                         /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE